In the Matter of the Compulsory Judicial Settlement of the Accounts of WILLIAM H. FROST, as Sole Surviving Administrator with the Will Annexed, etc., of JESSE OWEN, Deceased.— Motion to dismiss appeal denied. Motion for the appointment of a referee to take further evidence denied. Respondent may, however, attach to the record, as a part thereof, the letters marked A, B, E, F, G and H, unless the appellant, after an opportunity to inspect them, files an affidavit challenging the genuineness of them; also a copy of the pleadings in the action brought to set aside the deed.

In the Matter of the Claim of S. W. BOWNE, Respondent, for Compensation under the Workmen's Compensation Law, v. S. W. BOWNE COMPANY, Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Claim of MARY F. FLEMING and KATHERINE FLEMING, Respondents, for Compensation under the Workmen's Compensation Law, for the Death of JAMES FLEMING. ROBERT GAIR COMPANY, Employer; THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Claim of JOHN L. HACKFORD, Respondent, v. VEEDER & BROWN, Employer, and LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK, Appellants.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHAUNCEY H. GEE, Appellant.— Judgment of conviction affirmed. All concurred, except Lyon, J., not voting.

ST. LAWRENCE COUNTY, Respondent, v. WILLIAM GOLDBERG and LAWRENCE GOLDBERG, Appellants.— Motion denied.

DENNIS F. SIMPSON, Appellant, v. JOSEPH F. ROE, Respondent.— Motion denied.

WILLIAM F. SNYDER, Respondent, v. EARL MACEY, Appellant.— Motion granted unless, within twenty days, the appellant pays ten dollars costs and serves the necessary papers and perfects his appeal, in which case motion is denied.

STEPHEN A. VICKERY, Respondent, v. MAYME P. VICKERY, Appellant. — Order unanimously affirmed, with ten dollars costs and disbursements, without prejudice to the defendant's right to ask for a bill of particulars if she is so advised.

PETER B. VREDENBURG, Appellant, v. CORNELIUS R. SHEFFER, Respondent.— Motion granted, with ten dollars costs.